UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

HACKIM JAFARALLIE
and ROOPWATTIE JAFARALLIE,

                              Plaintiffs,

     -against-                                    **Case No.: 1:20-cv-00520-FJS-CFH**

THE AMERICAN BALER CO.,

                              Defendant.

THE AMERICAN BALER CO.,

                              Defendant/Third-Party Plaintiff,

     -against-

Cascades NEW YORK, Inc.,
Cascades RECOVERY +, and,
Cascades HOLDING US, Inc.

                              Third-Party Defendants.

## STIPULATION OF DISCONTINUANCE WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action against and between all parties be, and the same hereby is discontinued, without costs to any party as against the other and this Stipulation may be filed, without further notice, with the Clerk of the Court.   This Stipulation is made with prejudice.

−1−

Dated:   March 23, 2022

**DREYER BOYAJIAN LLP**

By: _____

Donald W. Boyajian, Esq.
*Attorneys for Plaintiffs*
75 Columbia Street
Albany, NY   12210
dboyajian@dblawny.com
Phone:   (518) 463-7784
Fax:       (518) 463-4039


Dated:   March 28, 2022

**QUARLES & BRADY LLP**

By:   /s/ Raymond D. Jamieson
   _____
Raymond D. Jamieson, Esq.
*Attorneys for Defendant*
*The American Baler Co.*
411 East Wisconsin Avenue, Suite 2350
Milwaukee, WI   53202-4426
Raymond.jamieson@quarles.com
Phone:   (414) 277-5000
Fax:       (414) 271-3552


Dated:   March 3, 2022

**THORN GERSHON TYMANN & BONANNI**

By: _____

Matthew H. McNamara, Esq.
*Attorneys for Third Party Defendants*
*Cascades NEW YORK, INC.,*
*Cascades Recovery +, and*
*Cascades Holding US, Inc.*
5 Wembley Court
P.O. Box 15054
Albany, NY   12205
Matt.mcnamara@tglawyers.com
Phone:   (518) 464-6770
Fax:       (518) 464-6778


Date: April 5, 2022          IT IS SO ORDERED.

_____
Frederick J. Scullin, Jr.
Senior United States District Judge

–2–